UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 11-61168-CIV-COHN/SELTZER

MICHAEL S. MORGAN,

    Plaintiff,

v.

COLLECTION INFORMATION BUREAU,
INC., and HOLY CROSS HOSPITAL, INC.,

    Defendants.
_____/

## ORDER GRANTING PLAINTIFF'S VERIFIED MOTION FOR AN AWARD OF COSTS AND ATTORNEY'S FEES

**THIS CAUSE** is before the Court on Plaintiff Michael S. Morgan's Verified Motion for an Award of Costs and Attorney's Fees [DE 26] ("Motion"). The Court has considered the Motion, the Brief in Support of the Motion [DE 27] ("Brief"), the Declaration of Donald A. Yarbrough [DE 28] ("Yarbrough Declaration"), the Supplemental Declaration of Donald A. Yarbrough [DE 30] ("Yarbrough Supplemental Declaration"), and is otherwise fully advised in the premises. The Court notes that Defendant Collection Information Bureau, Inc. has not filed a Response, and the time for doing so has passed.[1]

On May 24, 2011, Plaintiff Michael S. Morgan filed this action for violations of the Fair Debt Collection Practices Act, 15 U.S.C. § 1692, *et seq*. ("FDCPA"), and the Telephone Consumer Protection Act, 47 U.S.C § 227, *et seq*. ("TCPA") [DE 1]. On October 6, 2011, the TCPA claim was dismissed without prejudice [DE 20] per the parties' Joint Stipulation for Dismissal without Prejudice of Plaintiff's TCPA Claim Only [DE 17]. The same day, the Court entered a Final Judgment [DE 21] in favor of Plaintiff

---

[1] Defendant Holy Cross Hospital, Inc. was dismissed without prejudice from this case on June 24, 2011 [DE 13] per Plaintiff's Notice of Voluntary Dismissal [DE 12].

and against Defendant on the FDCPA claim.  The Final Judgment was based on Plaintiff's timely acceptance of Defendant's Offer of Judgment [DE 18].  The Offer of Judgment provided, "Defendant stipulates that Plaintiff is entitled to recover the reasonable fees and costs incurred in the litigation of the FDCPA claims in this action."

On December 5, 2011, Plaintiff filed the instant Motion, requesting $3,990.00 in attorney's fees and $380.00 in costs.  On December 15, 2011, Plaintiff filed the Yarbrough Supplemental Declaration, requesting an additional $125.00 in costs for an invoice that was inadvertently omitted from the original calculation of costs.

Plaintiff indicates that after serving Defendant with a draft copy of the Motion and participating in a telephone conference on the Motion, the parties were unable to resolve the matter, but Defendant never filed a written objection.  <u>See</u> Mot. at 9.  Upon review of the Motion, the Brief, and the supporting documents, the Court finds that $3,990.00 in fees is reasonable, and Plaintiff is entitled to recover $505.00 in costs. Accordingly, it is hereby

**ORDERED AND ADJUDGED** as follows:

1. Plaintiff's Verified Motion for an Award of Costs and Attorney's Fees [DE 26] is **GRANTED**;
2. Plaintiff is awarded a total of $4,495.00 for attorney's fees and costs, which includes $3,990.00 in attorney's fees and $505.00 in costs;
3. The Court will enter a separate judgment taxing fees and costs.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, on this 23rd day of December, 2011.

*James I. Cohn*
JAMES I. COHN
United States District Judge

Copies provided to
Counsel of record via CM/ECF